BARRON L. WEINSTEIN
MEREDITH, WEINSTEIN & NUMBERS
115 Ward Street
Larkspur, CA 94939
Telephone: (415) 927-6920
Facsimile: (415) 927-6929

DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
DONALD P. MARGOLIS, State Bar #116588
ANDREW M. GSCHWIND, State Bar #231700
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3853
Facsimile: (415) 554-3837

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation operating by and through the SAN FRANCISCO PORT COMMISSION; THE PORT OF SAN FRANCISCO, an unknown government agency, and DOES 1-10,<br><br>Defendants. | Case No. C05-2575 MJJ<br><br>STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT<br><br>Granted<br><br>Trial Date: None |

Pursuant to Local Rule 6-1(a), plaintiff St. Paul Fire and Marine Insurance Company and defendant City and County of San Francisco (acting by and through its Port Commission), through their respective counsel, HEREBY STIPULATE AND AGREE that defendant City's time to respond

to plaintiff's Complaint for Declaratory Judgment shall be extended 30 days through and including October 17, 2005. This is the first extension requested or obtained by the City.

Dated: September 15, 2005

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
DONALD P. MARGOLIS
ANDREW M. GSCHWIND
Deputy City Attorneys

By: Don Margolis /am with authorization
DONALD P. MARGOLIS
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: September __, 2005

GIBSON ROBB & LINDH LLP

By:_______________________________
MICHAEL J. CUMMINS
Attorneys for Plaintiff
ST. PAUL FIRE AND MARINE INSURANCE COMPANY

Case 3:05-cv-02575-MJJ Document 8 Filed 09/15/2005 Page 3 of 3

to plaintiff's Complaint for Declaratory Judgment shall be extended 30 days through and including October 17, 2005. This is the first extension requested or obtained by the City.

Dated: September __, 2005

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
DONALD P. MARGOLIS
ANDREW M. GSCHWIND
Deputy City Attorneys

By: Don Margolis [signature] with authorization
DONALD P. MARGOLIS
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: September 13, 2005

GIBSON ROBB & LINDH LLP

By: [signature]
MICHAEL J. CUMMINS
Attorneys for Plaintiff
ST. PAUL FIRE AND MARINE INSURANCE COMPANY

9/19/2005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Martin J. Jenkins
Judge Martin J. Jenkins